## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Shamar David aka Shamar David-
Fetherson

              Debtor(s)

CHAPTER 13

BKY. NO. 17-17538 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

              Respectfully submitted,
              **/s/ Rebecca A. Solarz Esquire**
              Rebecca A Solarz, Esquire
              Kevin G. McDonald, Esquire
              KML Law Group, P.C.
              701 Market Street, Suite 5000
              Philadelphia, PA 19106-1532
              (215) 627-1322