United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shamar David  
    Debtor

Case No. 17-17538-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: May 26, 2020  
                              Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2020.  
db         +Shamar David,   5228 Westford Road,   Philadelphia, PA 19120-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2020 at the address(es) listed below:  
        MARIO J. HANYON   on behalf of Creditor   Bank Of America, N.A. paeb@fedphe.com  
        MARIO J. HANYON   on behalf of Creditor   Bank Of America, N.A. et al paeb@fedphe.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC, ET AL. bkgroup@kmllawgroup.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Pennymac Loan Services, LLC bkgroup@kmllawgroup.com  
        ROBERT J. DAVIDOW   on behalf of Creditor   Bank Of America, N.A. robert.davidow@phelanhallinan.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   Bank Of America, N.A. paeb@fedphe.com  
        THOMAS YOUNG.HAE SONG   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC, ET AL. paeb@fedphe.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
        ZACHARY PERLICK   on behalf of Debtor Shamar David Perlick@verizon.net, pireland1@verizon.net  
                                                                 TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Shamar David aka Shamar David-Fetherson<br>　　　　　　Debtor | CHAPTER 13 |
| PennyMac Loan Services, LLC, servicer for Bank of America, N.A.<br>　　　　　　Movant<br>　vs.<br>Shamar David aka Shamar David-Fetherson<br>　　　　　　Debtor<br>William C. Miller, Esquire<br>　　　　　　Trustee | NO. 17-17538 ELF<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$8,534.07** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | July 2019 to August 2019 at $842.71/month<br>September 2019 to April 2020 at $760.22/month |
| Fees & Costs Relating to Motion: | $1,031.00 |
| Suspense Balance: | $264.11 |
| **Total Post-Petition Arrears** | **$8,534.07** |

2. The Debtor shall cure said arrearages in the following manner:

　　a). On or before April 30, 2020, the Debtor shall make a down payment in the amount of **$760.22**;

　　b). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$7,773.85.**

　　c). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$7,773.85** along with the pre-petition arrears;

　　d). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due May 1, 2020 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $760.22 (or as adjusted

- 1 -

pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: April 14, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 4-27-20

Zachary Perlick, Esquire
Attorney for Debtor

Date: May 18, 2020

/s/ LeRoy W. Etheridge, Esq.  for
William C. Miller, Esquire
Chapter 13 Trustee

NO OBJECTION
*without prejudice to any
trustee rights and remedies.

- 2 -

# O R D E R

Approved by the Court this 26th day of May, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L. Frank

- 3 -

Case 17-17538-elf    Doc 91    Filed 05/28/20    Entered 05/29/20 00:43:29    Desc Imaged
Certificate of Notice    Page 4 of 4